IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| In re | * | |
| WSK, LLC, | * | Case No. 11-10791-RGM (Chapter 11) |
| Debtor. | * | |
| * * * * * * * | * * * * * * | |
| JPMCC 2005-CIBC13 ANNANDALE RETAIL, LLC, | * | |
| | * | |
| Movant, | * | |
| v. | * | |
| WSK, LLC, | * | |
| Respondent. | * | |
| | * | |
| * * * * * * * | * * * * * * | |

**CONSENT ORDER GRANTING MOTION BY JPMCC 2005-CIBC13 ANNANDALE RETAIL, LLC FOR RELIEF FROM THE AUTOMATIC STAY TO ENFORCE ITS RIGHTS AND REMEDIES AGAINST ITS COLLATERAL, INCLUDING REAL PROPERTY COMMONLY KNOWN AS 7409 LITTLE RIVER TURNPIKE A/K/A 4312 MARKHAM STREET, ANNANDALE, VIRGINIA**

UPON CONSIDERATION of the Motion of JPMCC 2005-CIBC13 Annandale Retail, LLC, for Relief from the Automatic Stay to Enforce Its Rights and Remedies Against its Collateral, Including Real Property Commonly Known as 7409 Little River Turnpike a/k/a 4312 Markham Street, Annandale, Virginia (the "Motion"); the consent of WSK LLC (the "Debtor") to the entry of this Order granting the relief requested in the Motion as evidenced by the signature of undersigned counsel to the Debtor; there being no other response or opposition to this Motion; and this Court having concluded that the relief requested in the Motion should be granted pursuant to

section 362(d) of the Bankruptcy Code; it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362(a) is immediately terminated to permit JPMCC 2005-CIBC13 Annandale Retail, LLC, and its successors and assigns (the "Lender"), to exercise its non-bankruptcy rights and remedies against the collateral securing the Lender's claim in accordance with the Loan Documents and applicable non-bankruptcy law; including, without limitation, (a) the right to foreclose on the Property (as defined in the Motion) and apply the proceeds (if any) from such foreclosure sale to the amounts owed by the Debtor to the Lender and (b) to seek the appointment of a receiver in a Virginia state court of competent jurisdiction (a "State Court") to manage and operate the Property pending any such foreclosure sale; and it is further

ORDERED, that on or about October 3, 2011, the Debtor shall turnover all cash held in its accounts to the Lender or any receiver appointed by a State Court; provided, however, that the Debtor may retain cash up to the amount of $15,475.00 in its account (the "Retained Cash") for use solely to pay any allowed fees and expenses of Debtor's counsel; provided, further, that notwithstanding the foregoing, the Lender retains all objections and defenses to the use of the Retained Cash to pay any fees or expenses incurred by counsel to the Debtor, which objections and defenses shall be resolved in connection with the Debtor's Application for Attorneys Fees (Docket No. 69) or any further pleading filed by the Debtor or its counsel related to fees or the Retained Cash; and it is further

ORDERED, that the fourteen day stay of this Order be and hereby is waived.

IT IS SO ORDERED.

Dated: _____

_____
United States Bankruptcy Judge

**WE CONSENT TO THE ENTRY OF THIS CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY:**

/s/ Constantinos G. Panagopoulos
Constantinos G. Panagopoulos (VA 33356)
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005
Telephone: (202) 661-2200
Facsimile: (202) 661-2299

-and-

Matthew G. Summers
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: (410) 528-5679
Facsimile: (410) 361-8930

*Attorneys for JPMCC 2005-CIBC13*
 *Annandale Retail, LLC*

/s/ Richard G. Hall
Richard G. Hall (VA 18076)
7369 McWhorter Place, Suite 412
Annandale, Virginia 22003
Telephone: (703) 256-7159
Facsimile: (703) 941-0262

*Attorneys for the Debtor*

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C) via email.

        /s/ Constantinos G. Panagopoulos
    Constantinos G. Panagopoulos

**PARTIES TO RECEIVE COPIES**

Constantinos G. Panagopoulos, Esquire
Ballard Spahr LLP
601 13th Street, N.W.
Suite 1000 South
Washington, DC  20005

Matthew G. Summers, Esquire
Ballard Spahr LLP
300 E. Lombard Street, 18th Floor
Baltimore, MD 21202

WSK, LLC
11720 Pindell Chase Drive
Fulton, Maryland 20759

Richard G. Hall, Esquire
7369 McWhorter Place, Suite 412
Annandale, Virginia 22003

Stephanie Yang
4005 Williamsburg Court
Fairfax, Virginia 22032

Everland Realty, LLC
7335 Little River Turnpike, Suite 100B
Annandale, Virginia 22003

S&S Investment, LLC
6601 Little River Turnpike, Suite 420
Alexandria, Virginia 22312

The Rappaport Companies
8405 Greensboro Drive, 8th Floor
McLean, Virginia 22102

Jack I. Frankel, Esquire
Office of the U.S. Trustee
115 S. Union Street, Suite 210
Alexandria, Virginia 22314